| | |
|---|---|
| **From:** | Brendan McGarry <bmcgarry@vgmlaw.com> |
| **Sent:** | Tuesday, February 25, 2014 11:15 AM |
| **To:** | Solomon, Andrew T.; Fahey, Caitlin C. |
| **Cc:** | Gerald Miller |
| **Subject:** | RE: Follow Up on Motion to Dismiss |

We believe the motion to be moot and will be responding to your amended affirmative defenses and counterclaims. As I said to Caitlin, I don't believe you have a duty to file a response to the motion as you have amended the pleading which was the subject of the motion, thereby making the motion moot. We don't plan to file anything with the Court withdrawing the motion.

**From:** Solomon, Andrew T. [mailto:asolomon@sandw.com]
**Sent:** Tuesday, February 25, 2014 10:05 AM
**To:** Brendan McGarry; Fahey, Caitlin C.
**Cc:** Gerald Miller
**Subject:** RE: Follow Up on Motion to Dismiss

Can you confirm that you are therefore withdrawing the pending motion to dismiss?

**From:** Brendan McGarry [mailto:bmcgarry@vgmlaw.com]
**Sent:** Tuesday, February 25, 2014 9:54 AM
**To:** Fahey, Caitlin C.
**Cc:** Solomon, Andrew T.; Gerald Miller
**Subject:** RE: Follow Up on Motion to Dismiss

Caitlin,

We intend to file an Answer to your amended affirmative defenses and counterclaims.

Regards,

Brendan

**From:** Fahey, Caitlin C. [mailto:cfahey@sandw.com]
**Sent:** Monday, February 24, 2014 6:43 PM
**To:** Brendan McGarry
**Cc:** Solomon, Andrew T.
**Subject:** Follow Up on Motion to Dismiss

Brendan,

Following up on our correspondence and telephone calls last week, our deadline to respond to your motion to dismiss is on Wednesday. Now that you've hopefully had a chance to review our amended answer, we would like to know if you have come to any decision in regards to (1) withdrawing the motion to dismiss, (2) filing a new motion against the amended pleading, or (3) filing an answer to the amended counterclaims.

Thank you.

Best,

Caitlin

**Caitlin C. Fahey**
**Attorney at Law**
**Sullivan & Worcester LLP**
One Post Office Square • Boston, MA 02109
T 617 338 2487
F 617 338 2880
cfahey@sandw.com
www.sandw.com
LinkedIn Profile

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.