# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

True Quote Software, LLC

                         Plaintiff,

v.                                                    Case No.: 1:13–cv–09115

                                                           Honorable Joan B. Gottschall

Livevol, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2014:

       MINUTE entry before the Honorable Joan B. Gottschall: Attorney Caitlin C. Fahey's application to appear pro hac vice [33] on behalf of defendant, Livevol, Inc. is granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.